FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 OCT 10 PM 4:23

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THOMAS BALL, WILLIAM BOORHEIM AND ARTHUR MORRELL | CIVIL ACTION NO.: 08-4637 SECT. L MAG. 3 |
| v. | JUDGE: |
| SEAN ALFORTISH, PRESIDENT OF/AND LOUISIANA HORSEMEN'S BENEVOLENT & PROTECTIVE ASSOCIATION 1993, INC. | MAGISTRATE: |

### NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that Defendant, Sean Alfortish, with full reservation of all exceptions, rights, and defenses, gives this notice that he removes this action from the Civil District Court for the Parish of Orleans, State of Louisiana, to the United States District Court for the Eastern District of Louisiana. Mr. Alfortish files this Notice without waiving any defenses, exceptions or obligations that may exist in its favor in state of federal court. In support of this removal, Mr. Alfortish alleges as follows:

### The Parties

1.  On or about August 22, 2008, George Ackel, Jr. ("Plaintiff") filed in the Civil District Court for the Parish of Orleans, State of Louisiana, a Petition for Intervention

Fee $350
Process
X Dktd
CtRmDep
Doc. No

1

and Class Action Petition for Damages ("The Petition"), which is captioned "*Thomas Ball, William Boorheim, and Arthur Morrell v. Sean Alfortish, President of/and Louisiana Horsemen's Benevolent and Protective Association 1993, Inc.*", bearing Docket No. 08-1907. A copy of the complete state court record is attached as **Exhibit A**.

2. The Petition filed by Plaintiff is a purported class action filed on behalf of all members of the Louisiana Horsemen's Benevolent and Protective Association, Inc. ("LHBPA").

3. It is respectfully submitted, upon information and belief, that there are approximately 5,500 members of the LHBPA. Of the 5,500 members, 3,538 members, or 64%, are Louisiana citizens. The remaining 36% of the members are believed to be non-Louisiana citizens.

4. The citizenship of Plaintiff, in his individual capacity, is not recited in The Petition.

5. Mr. Alfortish is a Louisiana citizen.

6. On September 12, 2008, Mr. Alfortish was served through his law office with a copy of said Petition for Intervention and Class Action Petition for Damages. Mr. Alfortish specifically reserves any and all rights to challenge and/or object to the propriety of service in this manner.

## Subject Matter Jurisdiction

7.  Pursuant to 28 U.S.C. § 1332(d)(2)(A), this Court has subject matter jurisdiction over the claims asserted in the Petition based upon diversity of citizenship. Accordingly, removal is proper pursuant to 28 U.S.C. §§ 1446 and 1453.

8.  This case is a purported class action under 28 U.S.C. § 1332(d)(1)(B), for this is a civil action originally filed in the Civil District Court for the Parish of Orleans, State of Louisiana in which Plaintiff alleges that class action plaintiffs are entitled to have the matter maintained as a class action pursuant to Louisiana Code of Civil Procedure Article 591, *et seq.*, Louisiana's Class Action Statute. Mr. Alfortish specifically reserves any and all rights to challenge and/or object to this matter being certified as a class.

9.  The following is an explanation of the basis of diversity jurisdiction:

   a.  <u>Minimal Diversity Exists Between the Parties:</u>

   (1) 28 U.S.C. § 1332(d)(2)(A) establishes federal jurisdiction over any action in which any one member of the class has diverse citizenship from any one defendant.

   (2) It is respectfully submitted, upon information and belief, that there are approximately 5,500 members of the LHBPA. Of the 5,500

members, 3,538 members, or 64%, are Louisiana citizens and the remaining 36% are non-Louisiana citizens.

(3). The citizenship of Plaintiff, in his individual capacity, is not recited in The Petition.

(4). Mr. Alfortish is a Louisiana citizen.

(5). There is minimal diversity between the parties, for 36% of the putative class members are believed to be non-Louisiana citizens and Mr. Alfortish is a citizen of Louisiana.

b.  Jurisdictional Amount:

(1) Pursuant to 28 U.S.C. § 1332(d)(2), jurisdictional amount in a class action is $5,000,000.00, exclusive of interest and costs.

(2) While it is unclear exactly how much each putative class member seeks in damages, Plaintiff alleges that all putative class members claim that their individual damages are less than $75,000.00. (Petition, Para. XIII). Without concession that Plaintiff or any putative class member is entitled to any damages whatsoever from Mr. Alfortish, if one assumes for purpose of jurisdictional analysis, that each plaintiff could claim up to

4

$74,999.99 in damages, then it is facially apparent that the $5,000,000.00 jurisdictional amount is satisfied.

**Removal Procedures in 28 U.S.C. §§ 1446 and 1453 Were Followed**

10. This notice is timely under the provisions of 28 U.S.C. §1446(b), for thirty days have not elapsed since Mr. Alfortish was purportedly served on September 12, 2008.

11. The Civil District Court for the Parish of Orleans, State of Louisiana is located within the district of the United States District Court for the Eastern District of Louisiana.

12. While there are no other named defendants, were there any named defendants, then such other defendants would not be required to consent to this removal. 28 U.S.C. §1453(b).

13. Pursuant to 28 U.S.C. § 1446(d), undersigned counsel certifies that, promptly after the filing of this Notice of Removal, copies of the Notice will be served upon opposing counsel and filed with the Clerk of Court for the Civil District Court of the Parish of Orleans, State of Louisiana, as provided by law, to effect the removal of the State Court Action. A copy of the notice filed in the Civil District Court for the Parish of Orleans, without attachments, is attached as **Exhibit B**.

## Conclusion

Based on the foregoing, Defendant, Sean Alfortish, respectfully submits that this Honorable Court has removal jurisdiction over this action based on diversity pursuant to 28 U.S.C. § 1332 and 28 U.S.C. §§ 1446 and 1453 and this matter has been properly removed to this Honorable Court.

**WHEREFORE**, Sean Alfortish prays that the above action, now pending in the Civil District Court for the Parish of Orleans, State of Louisiana, be removed to the United States District Court for the Eastern District of Louisiana.

Dated this 9th day of October, 2008.

Respectfully Submitted,

Colin D. Sherman, La. Bar No. 23299
HUEY LAW FIRM
P.O. Box 1806
Mobile, AL. 36633-1806
Telephone:  (251) 433-6622
Facsimile:    (251) 433-6654

COUNSEL FOR DEFENDANT, SEAN ALFORTISH

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via Electronic Filing, e-mail, fax, and/or U.S. Mail, postage prepaid and properly addressed, this ___ day of October, 2008.

_____
Colin D. Sherman